AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gotsch, Michael G. | United States District Court | 4/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time Magistrate Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

201 Robert A. Grant Courthouse
204 S. Main St.
South Bend, IN 46601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | St. Joseph County Bar Association |
| 2. | Board Member | Boy Scouts of America: LaSalle Council and Area 6, Central Region |
| 3. | Adjunct Professor | University of Notre Dame Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | The Indiana Public Retirement System (INPRS), may direct percentage of blind investments |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Special Assistant to the President, University of Notre Dame |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gotsch, Michael G. | 4/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gotsch, Michael G. | 4/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA (H) | | | | | | | | | |
| 2.   -SPAXX-Fidelity Gov. | A | Int./Div. | J | T | | | | | |
| 3.   -FDYSX-Fidelity Global N/K/A FSANX | A | Int./Div. | K | T | | | | | |
| 4.   -FSRRX-Fidelity Strategic | B | Int./Div. | J | T | | | | | |
| 5.   -VGENX-Vanguard Energy Fund Investor Shares | A | Int./Div. | K | T | | | | | |
| 6.   -VFIIX-Vanguard GNMA Fund Investor Shares | A | Int./Div. | | | Redeemed | 06/12/18 | J | | |
| 7.   -VGHCX-Vanguard Health Care Fund Investor Shares | B | Int./Div. | K | T | | | | | |
| 8.   -VIPSX-Vanguard Inflation Protected Securities Fund Investor Shares | B | Int./Div. | | | Redeemed | 06/12/18 | K | | Transferred to VAIPX |
| 9.   -VSMAX-Vanguard Small Cap Index Fund Admiral Shares | A | Int./Div. | | | Redeemed | 06/12/18 | J | | |
| 10.  -NAESX-Vanguard Small Cap Index Fund Investor Shares | A | Int./Div. | | | Redeemed | 06/12/18 | J | | |
| 11.  -VSEQX-Vanguard Strategic Equity Fund | A | Int./Div. | | | Redeemed | 06/12/18 | J | | |
| 12.  -VTSAX-Vanguard Total Stock Market Index Fund Admiral Shares | C | Int./Div. | L | T | | | | | |
| 13.  -VUSXX-Vanguard Treasury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 14.  -VWELX-Vanguard Wellington Fund Investor Shares | B | Int./Div. | K | T | | | | | |
| 15.  -VWNDX-Vanguard Windsor Fund Investor Shares | A | Int./Div. | J | T | | | | | |
| 16.  -VAIPX-Vanguard Inflation Protected Securities Fund Admiral Shares | B | Int./Div. | L | T | Buy | 06/12/18 | K | | (SEE PART VIII.) |
| 17.  -PRPFX-Permanent Portfolio Fund IRA Brokerage | A | Int./Div. | | | Redeemed | 07/26/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gotsch, Michael G. | 4/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - PASDX PIMCO ALL ASSET CL, Fund, N/K/A PASAX | A | Int./Div. | K | T | | | | | |
| 19.  -PGMDX PIMCO GLOBAL MULTI ASSET, Fund; N/K/A PGMAX | A | Int./Div. | J | T | | | | | |
| 20.  -PMPIX-PROFUNDS PRECIOUS METALS, Fund | A | Int./Div. | J | T | | | | | |
| 21.  -SNXFX-SCHWAB 1000 Index Fund | C | Int./Div. | L | T | | | | | |
| 22.  SCHWAB CASH & MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 23.  -PASDX-PIMPCOALLASSETCL D N/K/A PASAX | B | Int./Div. | L | T | | | | | |
| 24.  FRANKLIN ELECTRIC FELE | A | Int./Div. | J | T | | | | | |
| 25.  FIFTH THIRD BANK ACCOUNTS | A | Int./Div. | J | T | | | | | |
| 26.  NOTRE DAME FEDERAL CREDIT UNION ACCOUNTS | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gotsch, Michael G. | 4/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. INVESTMENTS AND TRUSTS CONTINUED:

2017 VII. INVESTMENTS AND TRUSTS LISTED :

VAIPX - Vanguard Inflation Protected Securities Fund Admiral Shares (Y).  This account was no longer reportable.


2018 VII.  INVESTMENTS AND TRUSTS LISTS:

VAIPX-Vanguard Inflation Protected Securities Fund Admiral Shares, new account opened 6/12/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael G. Gotsch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544